Eddie Serrato
c/o #12055-091
FCC-Victorville Med II
P.O. Box 3850
Adelanto, CA 92301

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY KMM DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDDIE SERRATO
Plantiff,

ENHANCED RECOVERY COMPANY
Defendant,

Case No. EDCV14-2466 JGB(KKx)

COMPLAINT

A.

1. This is an action for damages for violation of the provisions of the Fair Debt Collections Practice Act, 15 U.S.C. § 1692 et. seq. The jurisdiction of this court is invoked under U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331, 1337, 1367.

a. Plaintiff is an individual residing in and a citizen of the State of California;

b. The Defendant is a Corporation existing under the laws of the State of California, with its principle place of business in Jacksonville, Florida;

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY KMM DEPUTY

PARTIES TO ACTION

2. The Plaintiff, Eddie Serrato, is a "Consumer" as defined by 15 U.S.C. § 1692a(3), as "any natural person obligated or allegedly obligated to pay any debt".

3. The Defendant, Enhanced Recovery Co, is a "debt collector" as defined by 15 U.S.C. § 1692a(6) as "any person who uses any instrumentality of interstate commerce or the mail in any business, the priciple purposes of which is the collection of any debt, or who regularly collects or attemps to collect, directly or indirectly, any debts owed or due or asserted to be owed or due another".

## CAUSE OF ACTION

4. On or about June 30, 2014, Plaintiff obtained a copy of his credit report, which revealed that, Enhanced recovery Co, ("Defendant") had placed a delinquent entry on Plaintiff's credit report which communicated that Plaintiff allegedly had an unpaid account with the Defendant in the amount of 1,185.00 **See "Exhibit A"**

5. On july 5, 2014, Defendant took reciept of Plaintiff"s "Notice of Administrative Remedy", requesting Defendant to validate the alleged debt, pursuant to Fair Debt Collections Practice Act ("FDCPA"), 15 U.S.C. §§ 1692g and 1692(b), through certified mail # 7012-0470-0002-4540-5393, which is attached as **"Exhibit B"**. It should be note that Defendant never validate the alleged debt, and refused to respond to plaintiff's **Notice of Administrative Remedy.**

## CLAIM ONE

6. Plaintiff asserts that Defendant violated Title 15 U.S.C. § 1692g(b) of the ("FDCPA"), when the Defendant refused to respond to Plaintiff's validation request. Defendant took receipt of

Plaintiff's "Notice of Administrative Remedy" where Plaintiff requested that Defendant provide the original creditors name and address, and verification of the alleged assignment or documents that legally gives Enhanced Recovery Co, the right to pursue and report to the Credit Bureaus the alleged delinquent debt owed to it by Plaintiff.

Defendant took reciept of Plaintiff's request for validation on July 5, 20014, through certified mail # 7012-0470-00024540-5393, which is attached as **"Exhibit B"**. Enhanced Recovery Co, refused to communicate with Plaintiff regarding the identity of the original creditor, nor did the Defendant provide documents from the original creditor giving the Defendant the legal right to report and pursue the alleged debt to the credit reporting agencies. the Defendant violated 15 u.S.C. § 1692g(b).

<u>**CLAIM TWO**</u>

7. Plaintiff asserts that Defendant violated section 15 U.S.C. § 1692e(2)(A) of the Fair Debt Collections Practice Act when the Defendant reported to TranUnion Corp, Experian information Solutions and Equifax information Services, that plaintiff is in default with the Defendant in the amount of $1,185.00. **See "Exhibit A".**

<u>**CLAIM THREE**</u>

8. Plaintiff asserts that the Defendant violated Title 15 U.S.C. § 1692e(8) of the Fair Debt Collections Practice Act when the Defendant communicated false information concerning the alleged debt that Plaintiif never owed to Defendant, nor had the alleged debt been legally assigned to the Defendant. Plaintiff communicated to TransUnion Corp, Experian Information Solutions, and Equifax information Services, that Enhanced Recovery Co, had been legally

assigned collection of said debt from plaintiff, and that Plaintiff was in default for $1,185.00. See "Exhibit A"

## CLAIM FOUR

9. Plaintiff asserts that Defendant violated Title 15 U.S.C, § 1692e(10) of the Fair Debt Collection Practice Act when the Defendant used false and deceptive means to attemp to collect a debt from Plaintiff by communicating false information to the credit bureaus. The Defendant attempted to gain an advantage on an unsophisticated comsumer through the false misrepresentation.

## CLAIM FIVE

10. Plaintiff asserts that the defendant violated Title 15 U.S. C. § 1692e(12) of the Fair Debt Collections Practice Act when the Defendant communicated false representations that the alleged debt was legally turned over to Enhanced Recovery Co, for value to TransUnion Corp, Experian Information Solutions, and Equifax. **See "Exhibit A".**

## CLAIM SIX

11. Plaintiff asserts that the Defendant violated Title U.S.C. § 1692f(1) of the Fair Debt Collections Practices Act when the Defendant used unconscionable means to attempt to collect an alleged debt by reporting to TransUnions, Experian Information Solutions, and Equifax Information services, that Enhanced Recovery Co, obtained the legal right, documented by a valid assignment that Plaintiff was in default on a debt owed to the Defendant. The Defendant's actions was a attempt to force Plaintiff to pay $1,185.00."**See Exhibit A**"

## CLAIM SEVEN

12. Each of the allegations stated in paragraphs one through

eleven above are realleged an incorporated herein.

13. Plaintiff asserts that Defendant enhance Recovery Co, violated Rosenthal Fair Debt Collections Practice Act, California Civil Code §1788.13(I), when the Defendant engaged in deceptive debt collections practices by reporting false information to the the three Credit agencies that Plaintiff was in default on a debt owed to Defendant.

**CLAIM EIGHT ACTUAL DAMAGES**

14. Each of the allegations stated in paragraghs one through thirteen are realleeged and incorporated herein.

15. Plaintiff asserts that Defendant caused Plaintiff to suffer a commercial injury when the defendant initiated collections proceeding without a legal right to do so. Here, the Defendant unlawfully demanded $1,185.00 from plaintiff and made false inquiries to all three credit agencies that Plaintiff had a unpaid account with Defendant, causing a negative impact on Plaintiff's ability to receive credit and lowering Plaintiff's credit score.

16. Plaintiff suffered a commercial injury as direct result of the decptive debt collection practices used by the Defendant.

**REQUESTED RELIEF FOR DAMAGES**

17. Plaintiff is entitled to damages pursuant to 15 U.S.C. § 1692k, which states in relevant part:

> Civil Liability- (a) Amount of damages- Except as otherwise prohibited by this section, any debt collector who fails to comply with any provision of this Title [15 USCS §§ 1692 et. seq.] with respect to any person is liable to such person in the amount equal to sum of:
>
> (2)(A) in the case of any action by an individual, such additional damages as the Court may allow, but not exceeding $1,000.00.

## DAMAGES CALCULATED AS FOLLOWS

| | |
|---|---|
| $1,000.00 | -For violation of 1692e(2)(A), in damages |
| X 3 | -For reporting to the three Credit agencies |
| $3,000.00 | |
| $1,000.00 | -For violation of §1692e(8) |
| X 3 | -For reporting to the three Credit agencies |
| $3,000.00 | |
| $1,000.00 | -For violation of §1692e(10), damages |
| X 3 | -For reporting to three Credit agencies |
| $3,000.00 | |
| $1,000.00 | -For violation of §1692e(12), damages |
| X 3 | -For reporting to three Credit agencies |
| $3,000.00 | |
| $1,000.00 | -For violation of §1692f(1), damages |
| X 3 | -For reporting to three Credit agencies |
| $3,000.00 | |
| $1,000.00 | -For violation of §1692g(b), damages |
| X 3 | -For reporting to three Credit agencies |
| $3,000.00 | |
| $1,000.00 | -For violation of California's Rosenthal Act §1788.13 |
| X 3 | -For reporting to three Credit agencies |
| $2,500.00 | - For actual damages caused by the Defendant's actions |
| $20,500.00 | -Total sum for violations |
| 400.00 | -Cost of action |
| $20,900.00 | Total sum for action |

## ADDITIONAL REQUESTED RELIEF

18. Demand for jury trial.

19. Any other relief the Court may deem just and approptiate.

I, Eddie Serarto, hereby declare under the penalty of perjury, that the foregoing and any attachments to this complaint is true and correct pursuant to 28 U.S.C. 1746.

Dated: November 20, 2014

Eddie Serarrato

PRINTED ON RECYCLED PAPER

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: NOTICE FOR VALIDATION OF DEBT:
ENHANCED RECOVERY CO
8014 BAYBERRY RD
JACKSONVILLE, FL 32256

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) SS BERRY

C. Date of Delivery JUL 07 2014

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 0470 0002 4540 5393

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**EXHIBIT B**



---

FROM: Salinas, Mario
TO: 12055091
SUBJECT: pg 9
DATE: 06/30/2014 09:36:09 PM

ENHANCED RECOVERY CO
Potentially Negative Closed Account Name Account # Account Type
ENHANCED RECOVERY CO 6669XXXX Collection Account
800-496-8941 Balance $1,185.00
8014 BA YBERRY RD JACKSONVILLE, FL 32256
-
Past Due Date Opened Account Status Mo. Payment Payment Status High Balance Limit Terms
8/1/2012 Closed
Unpaid
Comments Unpaid

NAME: Eddie Serrato
REG #: 12055-091
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

SAN BERNARDINO CA
24 NOV 2014 PM




RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

United States District Court
For the central District of California
312 N. Spring Street
Los Angeles, California 90012

90012436079

